WHITE, Respondent, v. NEW YORK MILITARY ACADEMY REALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Dennis White against the New York Military Academy Realty Company. No opinion. Judgment and order reversed, and new trial granted, costs to

abide the event, on the authority of Clark v. New York Military Academy Realty Company, 135 N. Y. Supp. 865, decided herewith.